UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Blackout Management LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Christopher Young, *et ano.*,<br><br>    Defendants. | Civil Action File<br>No. 1:25-cv-04584-WMR |

### JURY DEMAND OF PLAINTIFF BLACKOUT MANAGEMENT, LLC

Pursuant to Rule 38, Plaintiff Blackout Management LLC hereby demands a trial by jury in this action of all issues triable by jury.

Dated: August 15, 2025

                              Respectfully submitted,

                              */s/ James M. Slater*
                              James M. Slater (Georgia Bar No. 169869)
                              Slater Legal PLLC
                              2296 Henderson Mill Rd NE #116
                              Atlanta, Georgia 30345
                              Tel. (404) 458-7283
                              james@slater.legal

                              Leo M. Lichtman (pro hac vice pending)
                              ESCA Legal LLC
                              1117 Sixth Avenue, Fifth Floor
                              New York, NY 10036
                              Tel.: (347) 745-2535
                              leo@esca.legal

                              *Attorneys for Plaintiff Blackout Management*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

Dated: August 15, 2025.

>*/s/ James M. Slater*
>James M. Slater
>Georgia Bar No. 169869

2