UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Blackout Management, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Christopher Young, et ano.,<br><br>    Defendants. | Civil Action File<br>No. 1:25-cv-4584-WMR |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
<u>AND CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 3.3, Plaintiff Blackout Management LLC files its Certificate of Interested Persons and Corporate Disclosure Statement and certifies as follows:

1.      The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff:**

Blackout Management, LLC—Blackout Management does not have any parent corporation and no publicly held corporation owns 10% or more of its stock.

**Defendants:**

Christopher Young

Sacrifice Management, LLC

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: N/A.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    **For Plaintiff:**    James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Leo M. Lichtman
(*Pro hac vice* pending)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor

        New York, NY 10036
        Tel.: (347) 745-2535
        leo@esca.legal

**For Defendants:**　　　　Unknown

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

**Plaintiff:**

Blackout Management LLC – Georgia

- Blackout Management is a Georgia limited liability, whose sole member is Nicola Blandin, a citizen of Georgia

**Defendants:**

Christopher Young – New Jersey

Sacrifice Management, LLC – New Jersey

- Sacrifice Management is a New Jersey limited liability company, whose sole member is Christopher Young, a citizen of New Jersey

Pursuant to the Court's Local Rules, this document was prepared in Times New Roman, 14-point font.

Dated: September 2, 2025

Respectfully Submitted,

*/s/ James M. Slater*
James M. Slater (Georgia Bar No. 169869)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Leo M. Lichtman (*pro hac vice* pending)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, New York 10036
Tel. (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Blackout Management, LLC*

4