AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

| | | |
|---|---|---|
| Blackout Management, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-04584-WMR |
| Christopher Young and Sacrifice Management, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher Young

Date:     09/19/2025

_____
*Attorney's signature*

Jeffrey M. Reilly, Jr.
*Printed name and bar number*

248 Roswell Street
Marietta, GA  30060

_____
*Address*

jreilly@rozenandrozen.com
*E-mail address*

(770) 427-7004
*Telephone number*

(770) 426-9584
*FAX number*