AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Blackout Management, LLC ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-04584-WMR |
| Christopher Young and Sacrifice Management, LLC ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sacrifice Management, LLC

Date:     09/19/2025

*Attorney's signature*

Jeffrey M. Reilly, Jr.
*Printed name and bar number*

248 Roswell Street
Marietta, GA 30060

*Address*

jreilly@rozenandrozen.com
*E-mail address*

(770) 427-7004
*Telephone number*

(770) 426-9584
*FAX number*