UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Blackout Management LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:25-cv-04584-WMR |
| ) | |
| Christopher Young and Sacrifice ) | |
| Management, LLC, ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), Defendants Christopher Young and Sacrifice Management, LLC (collectively, the "Defendants") respectfully move this Court for an Order dismissing Plaintiff's Complaint [Dkt. 1] due to a lack of personal jurisdiction over Defendants and this being an improper venue for the claims asserted against Defendants by Plaintiff. The grounds for this motion are set forth in the accompanying Brief in Support of Defendants' Motion for Summary Judgment, which is being filed contemporaneously herewith.

Respectfully submitted this 14th day of October, 2025.

1

|  |  |
|---|---|
|  | Rozen, Rozen & Reilly, LLP |
|  | _/s/  Jeffrey M. Reilly, Jr._ |
| 248 Roswell Street NE | Jeffrey M. Reilly, Jr. |
| Marietta, GA 30060 | Georgia Bar No. 303359 |
| 770-427-7004 – t | *Counsel for Defendants* |
| jreilly@rozenandrozen.com |  |

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                       */s/  Jeffrey M. Reilly, Jr.*
                                       Jeffrey M. Reilly, Jr.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing complies with the font and point selection approved by this Court in Local Rule 5.1(B). This paper was prepared on a computer using Times New Roman 14-point font.

                                       */s/  Jeffrey M. Reilly, Jr.*
                                       Jeffrey M. Reilly, Jr.