IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Blackout Management LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Christopher Young and Sacrifice ) <br> Management, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action File <br> No. <u>1:25-cv-04584-WMR</u> |

**JOINT MOTION TO REQUEST REFERRAL TO**
**MEDIATION AND STAY PROCEEDINGS**

Plaintiff Blackout Management LLC ("Plaintiff") and Defendants Christopher Young and Sacrifice Management, LLC ("Defendants") (collectively, the "Parties"), hereby jointly move, pursuant to Local Rule ("LR") 16.7, to stay this proceeding.

In support, the Parties state the following:

1. On August 13, 2025, Plaintiff filed its Complaint (Doc. No. 1.).

2. On October 14, 2025, Defendants timely filed their Motion to Dismiss Plaintiff's Complaint (Doc. No. 13).

3. The Parties have, at all times, worked diligently in a good faith attempt to meet filing deadlines within the time set by the Court.

4. After the filing of Defendants' Motion to Dismiss, counsel for the Parties conferred in good faith and agreed that the best course of action is this matter at this stage is to explore resolution through the Court's Alternative Dispute Resolution ("ADR") Program.

5. The Parties, therefore, request, pursuant to LR 16.7(B)(1) that this matter be referred to the Court's ADR Program for mediation with a Magistrate Judge.

6. Additionally, pursuant to LR 16.7(B)(4), the parties request that all proceedings in this matter be stayed for a period of 60 days to allow the parties to conduct mediation and fully explore alternative resolution of this matter.

7. The parties shall file a status report with the Court regarding the results of the mediation at or before the conclusion of the requested 60-day stay period.

8. If, upon expiration of the 60-day stay period the parties have not reached a settlement, then the parties jointly request that Plaintiff's response to the Defendants' Motion to Dismiss be due no later than fourteen (14) days after the expiration of the stay period.

9. In addition to the good cause shown for the stay, no party will be prejudiced by the requested stay, nor is the stay sought for the purpose of delay.

Wherefore, the Parties respectfully request this Court issue an Order (1)

referring this matter to the Court's ADR Program for mediation with a Magistrate Judge, and (2) staying all proceedings in this matter for a period of 60 days. The parties have attached as Exhibit "1" a proposed Order granting this motion.

Respectfully submitted this 21st day of October, 2025.

| | |
|---|---|
| /s/ Jeffrey M. Reilly, Jr. | /s/ James M. Slater |
| Jeffrey M. Reilly, Jr. | James M. Slater |
| Ga. Bar No. 303359 | Georgia Bar No. 169869 |
| Rozen, Rozen & Reilly, LLP | Slater Legal PLLC |
| 248 Roswell Street NE | 2296 Henderson Mill Rd NE Suite 116 |
| Marietta, Georgia 30060 | Atlanta, Georgia 30345 |
| 770-427-7004 | Tel. (404) 458-7283 |
| jreilly@rozenandrozen.com | james@slater.legal |
| | |
| *Counsel for Defendants* | Leo M. Lichtman (*pro hac vice application pending*) |
| | ESCA Legal LLC |
| | 1117 Sixth Avenue, Fifth Floor |
| | New York, NY 10036 |
| | Tel.: (347) 745-2535 |
| | leo@esca.legal |
| | |
| | *Attorneys for Plaintiff* |

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), I hereby certify that the foregoing document complies with the font and point selections approved by L.R. 5.1(C). The foregoing document was prepared using Times New Roman font in 14 point.

This 21st day of October, 2025.

                                                             */s/ James M. Slater*
                                                             James M. Slater

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

This 21st day of October, 2025.

                                                            */s/ James M. Slater*
                                                             James M. Slater