# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Blackout Management LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:25-cv-04584-WMR |
| ) | |
| Christopher Young and Sacrifice ) | |
| Management, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### ORDER GRANTING PARTIES' JOINT MOTION TO REQUEST REFERRAL TO MEDIATION AND STAY PROCEEDINGS

Upon consideration of the Parties' Joint Motion to Request Referral to Mediation and Stay Proceedings, and for good cause shown, the Court grants the motion and hereby refers this matter to the Court's ADR Program for mediation with a Magistrate Judge. It is further ordered that all proceedings in this matter are hereby stayed for a period of 60 days to allow the parties to conduct mediation and fully explore alternative resolution of this matter (the "Stay Period"). The parties are ordered to file a status report with the Court regarding the results of the mediation within 60 days of the entry of this Order. If the parties report that settlement has not been reached, then Plaintiff's response to Defendants' Motion to Dismiss (Doc. No. 13) shall be due no later than fourteen (14) days after the expiration of the Stay

Period.

    **SO ORDERED** this __28th__ day of __October__, 2025.

                                                              */s/ William M. Ray II*

                                               THE HONORABLE WILLIAM M. RAY II
                                               United States District Court Judge