IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Blackout Management LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Christopher Young and Sacrifice Management, LLC,<br><br>        Defendants. | Civil Action File<br>No. 1:25-cv-04584-WMR |

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

Plaintiff Blackout Management LLC ("Plaintiff") and Defendants Christopher Young and Sacrifice Management, LLC ("Defendants") (collectively, the "parties"), hereby jointly move, pursuant to Local Rule ("LR") 16.7, to extend the stay of proceedings.

In support, the parties state the following:

1. On August 13, 2025, Plaintiff filed its Complaint (Doc. No. 1.).

2. On October 14, 2025, Defendants timely filed their Motion to Dismiss Plaintiff's Complaint (Doc. No. 13).

3. On October 21, 2025, the parties jointly filed their Motion to Request Referral to Mediation and Stay of Proceedings (Doc. No. 14), which sought a 60-

1

day stay of all proceedings in this matter and a referral to the Court's Alternative Dispute Resolution ("ADR") Program.

4. On October 28, 2025, Plaintiff filed an Amended Complaint (Doc No. 16).

5. Also on October 28, 2025, this Court entered its Order Granting Parties' Joint Motion to Request Referral to Mediation and Stay Proceedings (Doc. No. 17), which referred this matter to the Court's ADR Program and stayed all proceedings for 60 days through and including December 27, 2025.

6. On November 13, 2025, United States Magistrate Judge Justin S. Anand entered an Order scheduling a settlement conference for December 5, 2025 (Doc. No. 18). This Order instructed the parties to contact Chambers via telephone to propose three alternative dates for the settlement conference if there were any scheduling conflicts. Doc No. 18 at 1.

7. After determining scheduling conflicts existed, pursuant to the above-mentioned Order, counsel for the parties contacted Chambers via telephone and proposed the alternative dates of December 11, 16, and 18, 2025, for the settlement conference.

8. Chambers informed counsel that the proposed alternative dates were unavailable and that the next available dates were January 7, 12, 14, and 15, 2026,

all of which are after the current stay of proceedings in this matter expires on December 27, 2025.

9. Accordingly, the parties request that the stay of proceedings in this matter be extended through and including January 25, 2026, to accommodate and conduct the settlement conference and fully explore alternative resolution of this matter.

10. The parties shall file a status report with the Court regarding the results of the settlement conference on or January 25, 2026.

11. In addition to the good cause shown for the stay, the parties further show that no party will be prejudiced by the requested stay, nor is the stay sought for the purpose of delay.

Wherefore, the parties respectfully request this Court issue an Order extending the stay of proceedings in this matter through January 25, 2026. The parties have attached as Exhibit "1" a proposed Order granting this motion.

Respectfully submitted this 21st day of November, 2025.

*/s/ Jeffrey M. Reilly, Jr*
Jeffrey M. Reilly, Jr.
Ga. Bar No. 303359
Rozen, Rozen & Reilly, LLP
248 Roswell Street NE
Marietta, Georgia 30060
770-427-7004
jreilly@rozenandrozen.com

*Counsel for Defendants*

*/s/ James M. Slater*
James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE Suite 116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

Leo M. Lichtman (*pro hac vice admission*)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, NY 10036
Tel.: (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), I hereby certify that the foregoing document complies with the font and point selections approved by L.R. 5.1(C). The foregoing document was prepared using Times New Roman font in 14 point.

This 21st day of November, 2025.

                                                 */s/ Jeffrey M. Reilly, Jr*
                                                 Jeffrey M. Reilly, Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

This 21st day of November, 2025.

                                                 */s/ Jeffrey M. Reilly, Jr*
                                                 Jeffrey M. Reilly, Jr.