IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BLACKOUT MANAGEMENT LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : CIVIL ACTION NUMBER: |
| | : 1:25-CV-04584-WMR |
| v. | : |
| | : |
| CHRISTOPHER YOUNG and | : |
| SACRIFICE MANAGEMENT, LLC, | : |
| | : |
| Defendants. | |

## **ORDER**

At the request of the parties, the settlement conference in this matter has been **RESCHEDULED** to **Monday, January 12, 2026, at 9:30 a.m**.

Statements are now due on or before **January 7, 2026**.

**IT IS SO ORDERED** this 2nd day of December, 2025.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE