**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| Blackout Management LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:25-cv-04584-WMR |
| | ) | |
| Christopher Young and Sacrifice | ) | |
| Management, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING PARTIES' JOINT MOTION FOR REQUEST TO EXTEND STAY OF PROCEEDINGS**

Upon consideration of the Parties' Joint Motion for Request to Extend Stay of Proceedings, and for good cause shown, the Court grants the motion and hereby orders that the stay of all proceedings in this matter is hereby extended through and including January 25, 2026 (the "extended stay period"), to allow the parties to fully explore alternative resolution of this matter. The parties are ordered to file a status report with the Court regarding the results of the mediation on or before the conclusion of the extended stay period. Defendants' response to Plaintiff's Amended Complaint (Doc. No. 16) shall be due 14 days from the conclusion of the extended stay period.

**SO ORDERED** this <u>19</u> day of <u>December</u>, 2025.

_William M. Ray II_

THE HONORABLE WILLIAM M. RAY II
United States District Court Judge