# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-04584-WMR
## Blackout Management LLC v. Young et al
## Honorable Justin S. Anand

Minute Sheet for proceedings held In Open Court on 01/12/2026.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 4:45 P.M.          TAPE NUMBER: (Zoom - Sealed)
TIME IN COURT: 7:15                      DEPUTY CLERK: B. Evans
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Leo Lichtman representing Blackout Management LLC<br>Jeffrey Reilly representing Sacrifice Management, LLC<br>Jeffrey Reilly representing Christopher Young |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | The parties reached an agreement to settle all claims in this matter. |