IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BLACKOUT MANAGEMENT, LLC** <br><br> Plaintiff(s), <br><br> v. <br><br><br> **CHRISTOPHER YOUNG and SACRIFICE MANAGEMENT, LLC,** <br><br> Defendant(s) | CIVIL ACTION FILE <br> NO. 1:25-cv-4584-WMR |

## ORDER

The Court has been advised by the Settlement Judge tat the parties have reached an agreement during mediation. Therefore, the Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, or the Court's intervention is needed to enforce the settlement, the parties may move to reopen the case.[1]

**SO ORDERED** this 12th day of January, 2026.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.