# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Blackout Management LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| v. | ) | No. 1:25-cv-04584-WMR |
| | ) | |
| Christopher Young and Sacrifice | ) | |
| Management, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Blackout Management LLC, by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(i) and the binding settlement agreement with Defendants Christopher Young and Sacrifice Management, LLC, voluntarily dismisses this action with prejudice.

Dated: July 1, 2026

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater
Georgia Bar No. 169869
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Attorneys for Plaintiff*